AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHN WILLIAM WALLACE,

        Plaintiff,

        v.

UNITED STATES; STATE OF WASHINGTON, BENTON COUNTY SUPERIOR COURT,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0262-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered against Defendant pursuant to the Order entered on November 30, 2006, Ct Rec 18.

November 30, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas